# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

_____

**Maurice Shnaider, *et al.*,**

*Plaintiffs- Appellants,*

v.

**American Muslims for Palestine, *et al.*,**

*Defendants-Appellees.*

_____

On Appeal from the United States District Court
for the Middle District of Florida
Case No. 8:24-cv-01067-MSS-SPF

_____

**Appellants' Unopposed Motion For Extension of Time to File Opening Brief**

_____

Laurie Webb Daniel
Michael Brenner
WEBB DANIEL FRIEDLANDER LLP
75 14th Street NE, Suite 2450
Atlanta, GA 30309
T: (404) 795-5088
F: (678) 935-0178
laurie.daniel@webbdaniel.law
michael.brenner@webbdaniel.law

Robert J. Tolchin, Esq.
THE BERKMAN LAW OFFICE, LLC
829 East 15th Street, Box 7
Brooklyn, New York 11230
T: (718) 855-3627
rtolchin@berkmanlaw.com

*Counsel for Appellants*

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, Appellants certify that the following persons and entities have an interest in the outcome of this case:

1. Abudayyeh, Hatem – Defendant-Appellee

2. Abuirshaid, Osama – Defendant-Appellee

3. Ahmad, Munjed – Defendant-Appellee

4. Akl, Abdullah – Defendant-Appellee

5. American Muslims for Palestine – Defendant-Appellee

6. Americans for Justice in Palestine Educational Foundation – Defendant-Appellee

7. Baroud, Zarefah – Defendant-Appellee

8. Bazian, Hatem – Defendant-Appellee

9. Boyd, Christina A. – Counsel for Appellees American Muslims for Palestine, Americans for Justice in Palestine Educational Foundation, Hatem Bazian, Munjed Ahmad, Osama Abuirshaid, Saleh Sarsour, and Shakeel Sayed (collectively, "AMP Appellees")

10. Brenner, Michael – Counsel for Appellants

11. Brull, Shira Ronit Zenilman – Plaintiff-Appellant

12. CodePink – Defendant-Appellee

13. Daniel, Laurie Webb – Counsel for Appellants

14. Elhosary, Samira S. – Counsel for AMP Appellees

15. Elson, Ben H. – Counsel for Appellees Hatem Abudayyeh, Magdi Odeh, and United States Palestinian Community Network (collectively, "USPCN Appellees")

16. Flynn, Hon. Sean P. – U.S. Magistrate Judge

17. Greenberg, Aileen (a/k/a Hana Greenberg) – Plaintiff-Appellant

18. Greenberg, Harold M. (a/k/a Aharon Mordechai Greenberg) – Plaintiff-Appellant

19. Halley, Adam Fischer – Plaintiff-Appellant

20. Halley, Boaz Kessler – Plaintiff-Appellant

21. Halley, Ethan Kessler (a/k/a Eitan Kessler Halley) – Plaintiff-Appellant

22. Halley, Sadie Kessler – Plaintiff-Appellant

23. Halley, Wendy Kessler – Plaintiff-Appellant

24. Halpern, Alan Howard – Plaintiff-Appellant

25. Herzallah, Taher – Defendant-Appellee

26. Jaber, Rafeeq – Defendant-Appellee

27. Jump, Christina A. – Counsel for AMP Appellees

28. Kessler, Jane – Plaintiff-Appellant

29. Kessler, Robert – Plaintiff-Appellant

30. Kiswani, Nerdeen – Defendant-Appellee

31. Lipnick, Harvey Solomon (a/k/a Chaim Shabtai Livneh) – Plaintiff-Appellant

32. Lubin, Alec Meyer – Plaintiff-Appellant

33. Lubin, Hal David – Plaintiff-Appellant

34. Lubin, Nathan – Plaintiff-Appellant

35. Lubin, Robin Lynn – Plaintiff-Appellant

36. Margulies, Asher Solomon – Plaintiff-Appellant

37. Margulies, Ellyn – Plaintiff-Appellant

38. Margulies, Isaac – Plaintiff-Appellant

39. Margulies, Jacob – Plaintiff-Appellant

40. Margulies, Simon – Plaintiff-Appellant

41. Marx, Eve Lapides Lubin – Plaintiff-Appellant

42. Merkin, Eytan Louis – Plaintiff-Appellant

43. Merkin, Jonathan Dov – Plaintiff-Appellant

44. Merkin, Nicholas Albert – Plaintiff-Appellant

45. Muslim Legal Fund of America – Counsel for AMP Appellees

46. National Students for Justice in Palestine – Defendant-Appellee

47. Odeh, Magdi – Defendant-Appellee

48. People's Law Office – Counsel for USPCN Appellees

49. Pina, David – Counsel for Appellee CodePink

50. Poirot, Collin – Counsel for USPCN Appellees

51. Purow, Tammie – Counsel for Appellants

52. Rom, Alona Miriam – Plaintiff-Appellant

53. Rom, Limor – Plaintiff-Appellant

54. Rom, Noam – Plaintiff-Appellant

55. Rom, Tomer – Plaintiff-Appellant

56. Saadon, Dvora Batya – Plaintiff-Appellant

57. Saadon, Elad Moshe – Plaintiff-Appellant

58. Saadon, Tamir Aharon – Plaintiff-Appellant

59. Sadun, Geula – Plaintiff-Appellant

60. Sarsour, Salah – Defendant-Appellee

61. Scriven, Hon. Mary S. – U.S. District Judge

62. Shnaider, Maurice – Plaintiff-Appellant

63. Slater Legal PLLC – Counsel for Appellees Zarefah Baroud, Taher Herzallah, and Rafeeq Jaber

64. Slater, James Murray – Counsel for Counsel for Appellees Zarefah Baroud, Taher Herzallah, and Rafeeq Jaber

65. Stein, Sharon Celine – Plaintiff-Appellant

66. Students for Justice in Palestine Chapters – Defendants-Appellees

67. Syed, Shakeel – Defendant-Appellee

68. The Berkman Law Office, LLC – Counsel for Appellants

69. Tolchin, Robert J. – Counsel for Appellants

70. Traub, Hellene Kalish – Plaintiff-Appellant

71. United States Palestinian Community Network – Defendant-Appellee

72. Webb Daniel Friedlander LLP – Counsel for Appellants

73. Weinsoff, Lisa Marta – Plaintiff-Appellant

74. Within Our Lifetime – Defendant-Appellee

75. Zenilman, Eli Dov Weinsoff – Plaintiff-Appellant

76. Zenilman, Eitan Pinchas – Plaintiff-Appellant

77. Zenilman, Robert Alan – Plaintiff-Appellant

78. Zenilman, Yonah Chava Landau – Plaintiff-Appellant

79. Zenilman, Yonatan Meir Weinsoff – Plaintiff-Appellant

No publicly traded company or corporation has an interest in the outcome of this case.

/s/ *Michael Brenner*
Michael Brenner
Fla. Bar No. 1011238
WEBB DANIEL FRIEDLANDER LLP
75 14th Street NE, Suite 2450
Atlanta, GA 30309
T: (678) 935-0144
michael.brenner@webbdaniel.law

*Counsel for Appellants*

Appellants move, in accordance with Federal Rules of Appellate Procedure 26(b) and 31, and 11th Cir. Rules 26-1 and 31-2(d), for an unopposed 60-day extension of time in which to file the opening brief, for the reasons explained below.

## FACTUAL BACKGROUND

This is an appeal from the dismissal of Appellants' claims under the Anti-Terrorism Act, as amended by the Justice Against Sponsors of Terrorism Act, 18 U.S.C. §§ 2333 and 2339b ("the ATA"). Appellants are individuals and families of individuals who were killed or harmed by Hamas's October 7, 2023 terrorist attacks in Israel (collectively "the Victims"). The operative pleading for purposes of this appeal is the "Amended Complaint," filed by the Victims voluntarily to supplement their original complaint with new information—before any motion to dismiss was filed. The Amended Complaint alleges that Appellees should be held liable under the ATA for conspiring with, aiding and abetting, and materially supporting Hamas's attack on them. (DE 6, Amended Complaint). After the Amended Complaint was filed, Appellees filed thirteen separate motions to dismiss it. (DEs 45, 46, 47, 48, 50, 52, 54, 56, 58, 71, 81, 90, 99). The Victims opposed those motions with six separate responses. (DEs 68, 69, 91, 92, 93, 106). The district court, however, dismissed the Amended Complaint on February 24, 2026 with prejudice on multiple grounds. (DE 112).

1

**ARGUMENT**

The Victims have just retained Webb Daniel Friedlander LLP as lead appellate counsel. And, given the complexity of this matter, they respectfully request a 60-day extension of the deadline for their opening brief, replacing the current due date of June 3, 2026 with a new due date of **August 3, 2026**. *See* 11th Cir. DE 13 (granting over the phone extension of 30 days).

In particular, newly retained lead appellate counsel need this additional time to review the record, conduct necessary research, and analyze the statutes and caselaw in order to prepare an opening brief that will be a useful guide for the Court as it considers the important but challenging issues raised by these pleadings. The requested extension would also allow time for necessary internal deliberation and review. Moreover, this additional time is needed because lead appellate counsel have converging appellate deadlines during this timeframe, including oral arguments in this Court and the Georgia Supreme Court, a petition for rehearing en banc before this Court, and multiple briefs due in the Georgia Supreme Court and the Georgia Court of Appeals.

The undersigned has conferred with counsel for Appellees, who indicated that they do not oppose the requested 60-day extension.

## CONCLUSION

For the foregoing reasons, Appellants respectfully request that the deadline for their opening brief be moved from June 3, 2026 to **August 3, 2026**.

Respectfully submitted this 18th day of May, 2026.

**WEBB DANIEL FRIEDLANDER LLP**

/s/ *Michael Brenner*
Michael Brenner
Fla. Bar No. 1011238
WEBB DANIEL FRIEDLANDER LLP
75 14th Street NE, Suite 2450
Atlanta, GA 30309
T: (678) 935-0144
michael.brenner@webbdaniel.law

*Counsel for Appellants*

# CERTIFICATE OF COMPLIANCE

1.      This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A).

2.      This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), because it has been prepared in a proportionally spaced typeface using Times New Roman 14-point font.

This 18th day of May, 2026.

/s/ *Michael Brenner*
Michael Brenner
Fla. Bar No. 1011238
WEBB DANIEL FRIEDLANDER LLP
75 14th Street NE, Suite 2450
Atlanta, GA 30309
T: (678) 935-0144
michael.brenner@webbdaniel.law

*Counsel for Appellants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system, which will automatically serve the same on all counsel of record.

/s/ *Michael Brenner*
Michael Brenner
Fla. Bar No. 1011238
WEBB DANIEL FRIEDLANDER LLP
75 14th Street NE, Suite 2450
Atlanta, GA 30309
T: (678) 935-0144
michael.brenner@webbdaniel.law

*Counsel for Appellants*