# In the
# United States Court of Appeals
## For the Eleventh Circuit

No. 26-10911

MAURICE SHNAIDER,

LIMOR ROM,
    individually and as personal representative
    of the Estate of Jonathan Rom a.k.a. Yonatan Rom,

TOMER ROM,
    individually and as personal representative
    of the Estate of Jonathan Rom a.k.a. Yonatan Rom,

ALONA MIRIAM ROM,

NOAM ROM, et ál.,

*Plaintiffs-Appellants,*

*versus*

AMERICAN MUSLIMS FOR PALESTINE,

AMERICANS FOR JUSTICE IN PALESTINE
EDUCATIONAL FOUNDATION,

UNITED STATES PALESTINIAN COMMUNITY
NETWORK,

NATIONAL STUDENTS FOR JUSTICE IN
PALESTINE,

STUDENTS FOR JUSTICE IN PALESTINE
CHAPTERS, et al.,

*Defendants-Appellees,*

2                    Order of the Court                    26-10911

ABDELBASSET HAMAYEL,

*Defendant.*

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:24-cv-01067-MSS-SPF

ORDER:

The motion for an extension of time to and including August 3, 2026 to file Appellants' initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.

_____
UNITED STATES CIRCUIT JUDGE